UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20088-CR-GAYLES

UNITED STATES OF AMERICA

vs.

CLAYTON L. MANHERTZ,

       Defendant.
_____/

## STIPULATED FACTUAL PROFFER

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

On or about February 28, 2024, a maritime patrol aircraft detected a Go-Fast Vessel (GFV) approximately 170 nautical miles south of Haiti. The GFV had six (6) individuals on board, two (2) outboard engines, bales on deck, and displayed no indicia of nationality.

The USS LEYTE GULF which was in the area, with a Law Enforcement Detachment ("LEDET") on board, was diverted to interdict and investigate. United States Coast Guard ("USCG") District 7 assumed tactical control over the LEYTE GULF and granted a Statement of No Objection to conduct a Right of Visit boarding including the use of airborne use of force for a Right of Visit boarding to stop a non-complaint vessel.

The LEYTE GULF launched their Over the Horizon small boat (OTH) and helicopter to interdict. The crew of the helicopter observed the individuals on board the GFV begin to jettison bales. The GFV refused to stop causing the USCG to employed warning shots which were

ineffective. The USCG then employed disabling fire which were effective. The OTH arrived on scene and gained positive control of the GFV.

There were six individuals on board who identified themselves as CLAYTON L. MANHERTZ, ODANE HOLNESS, LEONARD PHILLIPS, BURTLEY W. AGUSTS, FABIO ANDRES MORAN-GUERRERO and JOSE LUIS MARCANO-ROMERO. The USCG boarding team inquired as to who the master or person in charge of the vessel was and all six refused to identify themselves as such. When asked if anyone wish to make a claim of nationality for the vessel, all six refused to make a claim for the vessel. Consequently, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

The boarding team recovered a total of fifteen (15) bales on deck and five (5) bales which were retrieved from the water. A field test of the content of the bales proved positive for cocaine. These results were later confirmed by the Southwest DEA Laboratory finding that the substance

[THIS AREA INTENTIONALLY LEFT BLANK.]

seized is cocaine with a net weight of four-hundred-and-twenty-five (425) kilograms. The six individuals, along with the bales of cocaine, were transferred to the USS LEYTE GULF.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 21 NOV. 2024    By: _____
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY

Date: 11/21/2024    By: _____
CLAYTON L. MANHERTZ
DEFENDANT

Date: 11/21/2024    By: _____
KATHLEEN TAYLOR
ATTORNEY FOR DEFENDANT